JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
1327 "N" Street
Fresno, California 93721
Telephone: (559) 442-4212
Facsimile:   (559) 445-0328

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY PALOMERA,<br><br>Defendant. | Case No.  1:12-CR-00428-AWI-BAM<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREON<br><br>DATE: January 28th, 2013<br>TIME: 1:00 p.m.<br>DEPT: 8 |

**IT IS HEREBY STIPULATED** by and between the parties and their respective counsel, that the Second Status Conference currently set for Monday, January 28th, 2013 at 1:00 p.m. may be continued to February 25, 2013, a date convenient to counsel if acceptable to the court.   The parties agree to the target such a date because Defendant's counsel is currently in a jury trial on the matter of *Hudson v. County of Fresno*, Fresno Superior Court Case #09CECG03295MBS.

It will also allow additional time for counsel to explore in good faith dispute resolution to avoid trial; or if not resolved, then to better prepare for said hearing.

///

///

DATED:       January  24 , 2013            /s/ JAMES M. MAKASIAN
                                           JAMES M. MAKASIAN, ATTORNEY FOR
                                           DEFENDANT

DATED:       January  24 , 2013            /s/ DAVID L. GAPPA
                                           DAVID L. GAPPA, U.S. ATTORNEY FOR
                                           PLAINTIFF

///

///

The court having considered the Stipulation of the parties and good cause appearing, **IT IS ORDERED AS FOLLOWS**:

The Second Status Conference in the above-entitled matter is continued to **February 25, 2013 at 1:00 p.m. in Department 8**.

The delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **January 24, 2013**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE