**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533

Attorney for Defendant
**ROY PALOMERA**

FILED
MAY 13 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

CLERK,
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROY PALOMERA, ) <br> ) <br> Defendant. ) | CASE NO. 1:12-CR-00428-AWI <br><br> **ORDER MODIFYING RELEASE CONDITIONS PERMITTING DEFENDANT'S ATTENDANCE OF FAMILY FUNCTION ON MAY 11, 2011** |

WHEREAS, the parties are in agreement and this court has approved the request in open court on May 5, 2014;

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant ROY PALOMERA, presently on pretrial release conditions of home confinement and GPS monitoring, shall be permitted to attend a family function on Mothers Day this May 11, 2014 at 5393 E. McKenzie, Fresno, California 93727 between the hours of 10:00 a.m. and 8:00 p.m. All other pretrial release conditions shall remain in effect.

**IT IS SO ORDERED**

Dated: May 9, 2014

U.S. DISTRICT COURT JUDGE
HONORABLE JUDGE A. ISHI